IN THE MATTER OF THE TRUSTEES OF THE PRESBYTERY· OF· NEW YORK TO VACATE AN ASSESSMENT.

(Argued February 24, 1880 ; decided March 2, 1880.)

*Hugh L. Cole* for appellant.

*James A. Deering* for respondent.

AGREE to affirm on authority of *In re E. I. S. Institution* (75 N. Y., 388) ; and *In re Jetter* (78 N. Y., 601).
All concur.
Order affirmed.

---

HORACE B. CLAFLIN et al., Appellants, *v.* JULIUS BAERE et al., Respondents.

(Argued February 24, 1880 ; decided March 2, 1880.)

THIS was an appeal from an order of General Term, affirming an order of Special Term, which vacated an attachment.  *Held*, that the order was not reviewable here.  The court say : " It comes within the principles on which *Anonymous* (59 N. Y., 313), was decided and is governed by *Wallace* v. *Castle* (68 N. Y., 370) ; *Allen* v. *Meyer*, (71 N. Y., 594), and other like cases decided by this court."

*Samuel Hand* for appellants.

*A. Blumenstiel* for respondents.

DANFORTH, J., reads mem. for dismissal of appeal.
All concur.
Appeal dismissed.